**Electronically Filed
Supreme Court
SCWC-15-0000109
08-JUN-2018
07:58 AM**

SCWC-15-0000109

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

LCP-MAUI, LLC, Respondent/Plaintiff-Appellee,

vs.

AMANDA D. TUCKER AKA AMANDA DAWN TUCKER AKA
AMANDA D. TUCKER-MEUSE, Petitioner/Defendant-Appellant,
and
UNITED STATES OF AMERICA; DIRECTOR OF TAXATION,
STATE OF HAWAIʻI; VIC ZAPIEN; DUSTIN P. MEUSE,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000109; CIV. NO. 12-1-0462(3))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Amanda D. Tucker's application for writ of certiorari filed on April 28, 2018, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, June 8, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

